### 1990.  JOHNSON *v.* DODGE MANUFACTURING CO.

POWELL, J.  1. There was evidence to authorize the verdict, and the judge of the superior court did not err in overruling the certiorari.

2. The defense that an action is prematurely brought is dilatory only, and must be specially pleaded. *Realty Co.* v. *Ellis,* 4 *Ga. App.* 402 (61 S. E. 832) ; *Jester* v. *Bainbridge State Bank,* 4 *Ga. App.* 469 (61 S. E. 926).                                          *Judgment affirmed.*

Certiorari; from Richmond superior court—Judge Hammond. May 15, 1909.

Submitted July 20,—Decided December 24, 1909.

*Pierce Brothers,* for plaintiff in error.

*William H. Fleming,* contra.